

RECEIVED

MAY 2 1 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ANDRE WINGO | * | CIVIL ACTION NO.  12-0500 |
| VERSUS | * | JUDGE JAMES T. TRIMBLE, JR. |
| LINCOLN PARISH, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that judgment be, and is hereby entered in favor of defendants, Lincoln Parish and Fletcher Hyacinth, dismissing, with prejudice, plaintiff's complaint against them.  Fed.R.Civ.P. 12(b)(6).

**IT IS FURTHER ORDERED** that plaintiff's official claims against defendant, Judge Cynthia Woodard, are hereby DISMISSED, without prejudice, for lack of subject matter jurisdiction.  Fed.R.Civ.P. 12(b)(1).

**IT IS FURTHER ORDERED MENDED** that plaintiff's individual capacity claims against Judge Cynthia Woodard are hereby DISMISSED, with prejudice.  Fed.R.Civ.P. 12(b)(6).

THUS DONE AND SIGNED in chambers, this 21st day of  May 2012, Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE